## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JANE DOEs 1-11**, on behalf of themselves
and others similarly situated,

      Plaintiff,                        Case No. 25-cv-10946

v.                                      Hon. Mark A. Goldsmith

**THE REGENTS OF THE UNIVERSITY
OF MICHIGAN, THE UNIVERSITY OF
MICHIGAN, KEFFER DEVELOPMENT
SERVICES, LLC,** and **MATTHEW WEISS**

      Defendants.
_____/

| | |
|---|---|
| **SOMMERS SCHWARTZ, P. .** | **BUTZEL LONG** |
| By:   **Lisa M. Esser (P70628)** | By:   **Daniel B. Tukel (P34978)** |
|       **Richard l. Groffsky (P32992)** | 201 W. Big Beaver Road |
| One Towne Square, Suite 1700 | Suite 1200 |
| Southfield, Michigan 48076 | Troy, Michigan 48084 |
| (248) 355-0300 | (248) 258-1616 |
| lesser@sommerspc.com | tukel@butzel.com |
| rgroffsky@sommerspc.com | **Attorneys for Defendants** |
| **Attorneys for Plaintiffs** | **The Regents of the University of** |
| | **Michigan and the University of Michigan** |

_____/

## STIPULATED ORDER EXTENDING TIME
## <u>TO RESPOND TO COMPLAINT</u>

      In accordance with the stipulation of attorneys for plaintiffs and for defendants

the Regents of the University of Michigan and the University of Michigan, and those

defendants having waived service and the Court being otherwise advised in the

premises;

**IT IS HEREBY ORDERED** that the time for defendants the Regents of the

University of Michigan and the University of Michigan to respond to the Complaint is

extended to and including June 5, 2025.

**SO ORDERED**.


Dated: April 8, 2025

s/Mark A. Goldsmith
United States District Court Judge

**I STIPULATE TO THE ENTRY OF
THE ABOVE ORDER:**

s/ with the consent of
Lisa M. Esser
One Towne Square
Suite 1700
Southfield, Michigan  48076
(248) 355-0300
lesser@sommerspc.com
(P70628)

s/
Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)