UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JANE DOEs 1-11**, on behalf of themselves
and others similarly situated,

      Plaintiff,                            Case No. 25-cv-10946

v.                                           Hon. Mark A. Goldsmith

**THE REGENTS OF THE UNIVERSITY
OF MICHIGAN, THE UNIVERSITY OF
MICHIGAN, KEFFER DEVELOPMENT
SERVICES, LLC,** and **MATTHEW WEISS**

      Defendants.
_____/

**STIPULATED ORDER EXTENDING TIME
TO RESPOND TO COMPLAINT**

In accordance with the stipulation of attorneys for plaintiffs and for defendants the Regents of the University of Michigan and the University of Michigan, and those defendants having waived service and the Court being otherwise advised in the premises;

**IT IS HEREBY ORDERED** that the time for defendants the Regents of the University of Michigan and the University of Michigan to respond to the Complaint is extended to and including June 5, 2025.

- 2 -

**SO ORDERED**.

 s/Mark A. Goldsmith
U.S. District Court Judge

Dated: April 15, 2025

**I STIPULATE TO THE ENTRY OF THE ABOVE ORDER:**

s/ with the consent of
Lisa M. Esser
One Towne Square
Suite 1700
Southfield, Michigan  48076
(248) 355-0300
lesser@sommerspc.com
(P70628)

s/ Daniel B. Tukel
201 W. Big Beaver Road
Suite 1200
Troy, Michigan 48084
(248) 258-1616
tukel@butzel.com
(P34978)